**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

In re:
JOHN J. BUCKINGHAM and                                Case No.: 21-10867-PDR
 KATHERINE A. BUCKINGHAM


                    Debtors.
_____/

**DEBTORS' MOTION TO PAY TCF FINANCIAL CORPORATION, "THE SECOND MORTGAGE" OVER 60 MONTHS IN THEIR CHAPTER 13 PLAN**

   The Debtors, by and through their undersigned counsel, files this Motion to Pay TCF Financial Corporation "The Second Mortgage" Over 60 Months In Their Chapter 13 Plan and states as follows:

   1.  The Debtors filed their chapter 13 Schedules on January 29, 2021 [ECF #1] and on Schedule "D" the Debtors listed the secured debt with TCF Financial Corporation, the second mortgage [see page 20 of ECF #1].

   2.  The Debtors filed their Chapter 13 Plan on January 29, 2021.  In the plan the Debtors provided for a payoff of the second mortgage to TCF Financial Corporation, in full over the course of the 60 month plan [ECF #20, page 2], due to the fact that the second mortgage currently is "interest only" and the payment will almost triple in about 2 years when the "interest only" timeframe lapses.  In addition, the joint debtors are at or near retirement age, all of their income is exempt from creditors and are in need of a mechanism to ensure stable, equal payments to all creditors during and after the bankruptcy case.

   3.  On March 2, 2021, TCF National Bank filed a claim for $38,450.87 [claim #9].

1

4.      The Debtors intend to amend their chapter 13 plan to account for the updated payoff amount of this creditors' filed in proof of claim #9.  Debtors will provide the creditors with the 3.50% current monthly interest rate in the payoff of the mortgage.

WHEREFORE the Debtors respectfully request that this Honorable Court enter an Order granting their Motion to Pay TCF Financial Corporation in full with interest in the Plan over 60 Months.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court of the Southern District of Florida, that I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A) and that a true and correct copy of the **FOREGOING** was filed using CM/ECF and served on April 9, 2021: (i) via CM/ECF upon all parties registered to receive Notice(s) of Electronic Filing (NEF) in this bankruptcy case, and/or (ii) via First Class U.S. Mail upon the parties on the attached mailing matrix.

Moffa & Bierman  
3081 E Commercial Blvd., Suite 204  
Fort Lauderdale, FL 33308  
Telephone   954-634-4733  
FAX           954-337-0637  
Email: John@moffa.law  

By: /s/ John A. Moffa  
      John A Moffa  
      FBN 0932760

**SERVICE LIST**

**21-10867-PDR Notice will be electronically mailed to:**

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

Robin R Weiner
ecf@ch13weiner.com, ecf2@ch13weiner.com

<u>Via U.S. Mail</u>
TCF National Bank
Attn:   Dawn M Kenney, Senior Collector
2445 84th St SW
Byron Center, MI 49315