UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

IN RE:                                                                    Case No. 21-10867-PDR

JOHN J BUCKINGHAM and                                     Chapter 13
KATHERINE A BUCKINGHAM,

         Debtor.
_____/

**TCF NATIONAL BANK'S OBJECTION TO
CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN**

TCF National Bank ("Secured Creditor"), by and through undersigned counsel, files this *Objection to Confirmation of Debtor's Chapter 13 Plan*, and in support thereof states as follows:

1. On January 29, 2021, John J Buckingham and Katherine A Buckingham ("Debtor's") commenced this bankruptcy case by filing a petition for relief under Chapter 13 of the United States Bankruptcy Code [D.E. #1].

2. Secured Creditor holds a security interest in Debtor's real property located at 6381 Bay Club Drive, Unit 3, Fort Lauderdale, FL 33308 (the "Property"), by virtue of a Mortgage which is recorded in Instrument Number 114988348, of the Public Records of Broward County, Florida. The Mortgage secures a Note in the amount of $39,273.00.

3. Secured Creditor filed a Proof of Claim 9 on March 2, 2021 in this case, in the principal balance amount of $38,267.63 with zero arrears.

4. According to the *Chapter 13 Plan* [D.E. #20] (the "Plan"), Debtor proposes to retain the Property and payoff the 2nd mortgage at 3.50% interest for total payments of $46,184.40.

5. Debtors' proposed Plan seeks to modify Secured Creditor's right under the subject loan documents. Debtors cannot modify the subject loan documents solely through Plan treatment.

6. Pursuant to 11 U.S.C. §1325(a)(5)(B)(ii), Debtor's Plan must provide Secured Creditor with the value, as of the effective date of the plan, of property to be distributed under the plan whose total value "is not less than the allowed amount of such a claim." Pursuant to *Till v.*

*SCS Credit Corp.*, 541 U.S. 465 (2004), each installment must be calibrated to ensure that Secured Creditor receives disbursements whose total present value equals or exceeds that of the allowed claim. Debtor's Plan proposes to pay Secured Creditor installment payments and provides for 3.50% interest. Secured Creditor, however, is entitled to at least a prime-plus rate of interest plus a reasonable risk factor if Debtor wants to pay Secured Creditor with installment payments.

7. Pursuant to 11 U.S.C. §1325(a)(5)(B)(iii)(I), Secured Creditor is entitled to payments in equal amounts. Secured Creditor objects to any plan which does not provide for payments in equal amounts.

8. Secured Creditor hereby reserves the right to supplement this Objection at or prior to the hearing.

**WHEREFORE**, Secured Creditor respectfully requests the entry of an Order which denies confirmation of the Plan unless such plan is amended to overcome the objections of the Secured Creditor as stated herein.

Respectfully Submitted:

/s/ *Wanda D. Murray*
Wanda D. Murray
Bar No.: 566381
Attorney for Secured Creditor
Aldridge Pite, LLP
Fifteen Piedmont Center
3575 Piedmont Road, N.E., Suite 500
Atlanta, GA 30305
Phone: (404) 994-7400
Fax: (888) 873-6147
Email: Aldridge Pite, LLP

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that I caused a true and correct copy of the foregoing Objection to Confirmation of Chapter 13 Plan to be served electronically or via U.S. Mail, first-class postage prepaid, to:

**DEBTOR**
John J Buckingham
Katherine A Buckingham
6381 Bay Club Dr.#3
Fort Lauderdale, FL 33308

**DEBTOR ATTORNEY**
**(via electronic notice)**
John A. Moffa, Esq.
Moffa & Bierman
3081 E Commercial Blvd
Suite 204
Fort Lauderdale, FL 33322

**TRUSTEE**
**(via electronic notice)**
Robin R Weiner
POB 559007
Fort Lauderdale, FL 33355

**UNITED STATES TRUSTEE**
**(via electronic notice)**
Department of Justice
POB 559007
Fort Lauderdale, FL 33355

Dated: April 12, 2021

/s/ *Wanda D. Murray*
Wanda D. Murray
Bar No.: 566381
Attorney for Secured Creditor
Aldridge Pite, LLP
Fifteen Piedmont Center
3575 Piedmont Road, N.E., Suite 500
Atlanta, GA 30305
Phone: (404) 994-7400
Fax: (888) 873-6147
Email: Aldridge Pite, LLP