**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**

www.flsb.uscourts.gov

**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

| | | |
|---|---|---|
| ☐ | _____ | Original Plan |
| ■ | 2nd | Amended Plan (Indicate 1st, 2nd, etc. Amended, if applicable) |
| ☐ | _____ | Modified Plan (Indicate 1st, 2nd, etc. Modified, if applicable) |

DEBTOR: John J Buckingham    JOINT DEBTOR: Katherine A Buckingham    CASE NO.: 21-10867-PDR

SS#: xxx-xx-9271    SS#: xxx-xx-9611

## I. NOTICES

**To Debtors:** Plans that do not comply with local rules and judicial rulings may not be confirmable. All plans, amended plans and modified plans shall be served upon all creditors and a certificate of service filed with the Clerk pursuant to Local Rules 2002-1 (C)(5), 3015-1(B)(2), and 3015-2. Debtor(s) must commence plan payments within 30 days of filing the chapter 13 petition or within 30 days of entry of the order converting the case to chapter 13.

**To Creditors:** Your rights may be affected by this plan. You must file a timely proof of claim in order to be paid. Your claim may be reduced, modified or eliminated.

**To All Parties:** The plan contains no nonstandard provisions other than those set out in paragraph VIII. Debtor(s) must check one box on each line listed below in this section to state whether the plan includes any of the following:

| | | | | |
|---|---|---|---|---|
| The valuation of a secured claim, set out in Section III, which may result in a partial payment or no payment at all to the secured creditor | ☐ | Included | ■ | Not included |
| Avoidance of a judicial lien or nonpossessory, nonpurchase-money security interest, set out in Section III | ☐ | Included | ■ | Not included |
| Nonstandard provisions, set out in Section VIII | ☐ | Included | ■ | Not included |

## II. PLAN PAYMENTS, LENGTH OF PLAN AND DEBTOR(S)' ATTORNEY'S FEE

**A. MONTHLY PLAN PAYMENT:** This Plan pays for the benefit of the creditors the amounts listed below, including trustee's fees of 10%, beginning 30 days from the filing/conversion date. In the event the trustee does not retain the full 10%, any unused amount will be paid to unsecured nonpriority creditors pro-rata under the plan:

1. $2,492.46    for months  1  to  10 ;
2. $2,060.60    for months  11  to  59 ;
3. $2,115.60    for months  60  to  60 ;

**B. DEBTOR(S)' ATTORNEY'S FEE:**    ☐ NONE    ☐ PRO BONO

| Total Fees: | $5000.00 | Total Paid: | $1074.00 | Balance Due: | $3926.00 |
|---|---|---|---|---|---|
| Payable | $392.60 | /month (Months 1 to 10 ) | | | |

Allowed fees under LR 2016-1(B)(2) are itemized below:
A Fee Application will be filed.

Applications for compensation must be filed for all fees over and above the Court's Guidelines for Compensation.

## III. TREATMENT OF SECURED CLAIMS

**A. SECURED CLAIMS:** ☐ NONE

[Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Lien on Real or Personal Property:

1. Creditor: Ally Financial

   Address: Attn: Bankruptcy
   POB 380901
   Bloomington, MN 55438

   Arrearage/ Payoff on Petition Date   7,242.00

   Payoff (Including 5.25% monthly interest   $137.50   /month (Months 1 to 60 )

   Last 4 Digits of Account No.:   0499

Other: _____

☐ Real Property                                   Check one below for Real Property:
   ☐ Principal Residence                       ☐ Escrow is included in the regular payments
   ☐ Other Real Property                       ■ The debtor(s) will pay  ☐ taxes  ■ insurance directly

Address of Collateral:


■ Personal Property/Vehicle
Description of Collateral: 2013 Lincoln MKZ, Vin #3LN6L2G98DR817767

2. Creditor: Capital One Finance

   Address: Attn: Bankruptcy        Arrearage/ Payoff on Petition Date   16,950.00
           POB 30285                 Payoff (Including 5.25% monthly interest   $321.81   /month (Months  1  to  60 )
           Salt Lake City, UT 84130

Last 4 Digits of
Account No.:          1001

Other: _____

☐ Real Property                                   Check one below for Real Property:
   ☐ Principal Residence                       ☐ Escrow is included in the regular payments
   ☐ Other Real Property                       ■ The debtor(s) will pay  ☐ taxes  ■ insurance directly

Address of Collateral:


■ Personal Property/Vehicle
Description of Collateral: 2016 Mercedes Benz CLA250, Vin #WDDSJ4EB9GN372141

3. Creditor: TCF Financial Corporation

   Address: Attn: Bankruptcy        Arrearage/ Payoff on Petition Date   $38,450.87
           801 Marquette Avenue      Payoff (Including 5.25% monthly interest   $730.03   /month (Months  1  to  60 )
           Minneapolis, MN 55402

Last 4 Digits of
Account No.:          2998

Other: _____

■ Real Property                                   Check one below for Real Property:
   ■ Principal Residence                       ☐ Escrow is included in the regular payments
   ☐ Other Real Property                       ■ The debtor(s) will pay  ■ taxes  ■ insurance directly

Address of Collateral:
6381 Bay Club Dr #3
Fort Lauderdale, FL 33308

☐ Personal Property/Vehicle
Description of Collateral: second mortgage of above property, debtors' taxes and insurance are included with regular mortgage payment

4. Creditor: TD Auto Finance

   Address: Attn: Bankruptcy        Arrearage/ Payoff on Petition Date   24,122.00
           POB 9223                  Payoff (Including 5.25% monthly interest   $457.98   /month (Months  1  to  60 )
           Farmington, MI 48333

Last 4 Digits of

Debtor(s): John J Buckingham, Katherine A Bucking   Case number: 21-10867-PDR

| Account No.: | 4801 |
|---|---|

Other: _____

☐ Real Property                        Check one below for Real Property:
   ☐ Principal Residence              ☐ Escrow is included in the regular payments
   ☐ Other Real Property              ■ The debtor(s) will pay  ☐ taxes  ■ insurance directly

Address of Collateral:

■ Personal Property/Vehicle

Description of Collateral: 2018 Mercedes Benz GLA 250, Vin #WDCTG4EB0JJ502605

  B. **VALUATION OF COLLATERAL:** ■ NONE

  C. **LIEN AVOIDANCE** ■ NONE

  D. **SURRENDER OF COLLATERAL:** Secured claims filed by any creditor granted stay relief in this section shall not receive a distribution fom the Chapter 13 Trustee.
    ■ NONE

  E. **DIRECT PAYMENTS:** Secured claims filed by any creditor granted stay relief in this section shall not receive a distribution fom the Chapter 13 Trustee.
    ☐ NONE
    ■ The debtor(s) elect to make payments directly to each secured creditor listed below. The debtor(s) request that upon confirmation of this plan the automatic stay be terminated in rem as to the debtor(s) and in rem and in personam as to any codebtor(s) as to these creditors. Nothing herein is intended to terminate or abrogate the debtor(s)' state law contract rights.

| | Name of Creditor | Last 4 Digits of Account No. | Description of Collateral (Address, Vehicle, etc.) |
|---|---|---|---|
| 1. | LoanCare LLC | 1634 | 6381 Bay Club Dr. #3, Fort Lauderdale, FL 33308 |

IV. **TREATMENT OF FEES AND PRIORITY CLAIMS** [as defined in 11 U.S.C. §507 and 11 U.S.C. § 1322(a)(4)]

  A. **ADMINISTRATIVE FEES OTHER THAN DEBTORS(S)' ATTORNEY'S FEE:** ■ NONE

  B. **INTERNAL REVENUE SERVICE:** ☐ NONE

| Total Due: | $12,496.96 | Total Payment | $13,557.60 |
|---|---|---|---|
| Payable: | $225.96 | /month (Months 1 to 60 ) | |

  C. **DOMESTIC SUPPORT OBLIGATION(S):** ■ NONE

  D. **OTHER:** ■ NONE

V. **TREATMENT OF UNSECURED NONPRIORITY CREDITORS**

  A. Pay  $50.00  /month (Months 60 to 60 )

  Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

  B. ■ If checked, the Debtor(s) will amend/modify to pay 100% to all allowed unsecured nonpriority claims.

  C. **SEPARATELY CLASSIFIED:**  ■ NONE

*Debtor(s) certify the separate classification(s) of the claim(s) listed above will not prejudice other unsecured nonpriority creditors pursuant to 11 U.S.C. § 1322.

VI. **EXECUTORY CONTRACTS AND UNEXPIRED LEASES:** Secured claims filed by any creditor/lessor granted stay relief in this section shall not receive a distribution from the Chapter 13 Trustee.
    ■ NONE

VII. **INCOME TAX RETURNS AND REFUNDS:** ☐ NONE

Debtor(s): John J Buckingham, Katherine A Bucking   Case number: 21-10867-PDR

- [■] Debtor(s) shall provide copies of yearly income tax returns to the Trustee (but not file with the Court) no later than May 15th during the pendency of the Chapter 13 case. In the event the debtor(s)' disposable income or tax refunds increase, debtor(s) shall increase payments to unsecured creditors over and above payments provided through the Plan up to 100% of allowed unsecured claims. [Broward/Palm Beach cases]

**VIII. NON-STANDARD PLAN PROVISIONS** [■] NONE

### PROPERTY OF THE ESTATE WILL VEST IN THE DEBTOR(S) UPON PLAN CONFIRMATION.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

_____ Debtor  5/14/21
John J Buckingham          Date

_____ Joint Debtor  5/14/21
Katherine A Buckingham      Date

_____   _____
Attorney with permission to sign on     Date
Debtor(s)' behalf

By filing this document, the Attorney for Debtor(s) or Debtor(s), if not represented by counsel, certifies that the wording and order of the provisions in this Chapter 13 plan are identical to those contained in Local Form Chapter 13 Plan and the plan contains no nonstandard provisions other than those set out in paragraph VIII.